THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR12-095-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO DISMISS SUPERVISED RELEASE VIOLATION |
| ANDRE CONERLY, | |
| Defendant. | |

THE COURT has considered Andre Conerly's unopposed motion to dismiss supervised release violation and relevant records in this case.

IT IS NOW ORDERED that Mr. Conerly shall remain on supervised release under the conditions previously imposed and that the violation should be dismissed. The scheduled revocation hearing set for January 21, 2022, is now stricken.

DATED this 14th day of January 2022.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER TO DISMISS
SUPERVISED RELEASE VIOLATION
(*United States v. Conerly*, CR12-095-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100